# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140885-6 & (47)(51)

DENISE M. PAGURA,
      Plaintiff/Counter-
      Defendant-Appellant,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
      Defendant/Counter-
      Plaintiff-Appellee.

SC: 140885-6
COA: 286574; 291265
Newaygo CC: 02-018423-CE

_____/

On order of the Court, the motions for miscellaneous relief are GRANTED. The application for leave to appeal the February 23, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

Clerk

d0719